**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CATHERINE JUAREZ,

  Plaintiff,

               No. 1:19-cv-521

THE BOARD OF REGENTS OF THE UNIVERSITY
OF NEW MEXICO and
UNIVERSITY OF NEW MEXICO HEALTH
SCIENCES CENTER, and
UNIVERSITY OF NEW MEXICO MEDICAL
GROUP, INC. and
MAXINE DORIN, M.D. and
BETSY TAYLOR, M.D. and
MEGHAN BEDDOW, M.D. and
JOHN AND JANE DOES 1-20

  Defendants.

**NOTICE OF REMOVAL**

Defendants The Board of Regents of the University of New Mexico, University of New Mexico Health Sciences Center, University of New Mexico Medical Group, Inc., Maxine Dorin, M.D., Betsy Taylor, M.D., and Meghan Beddow, M.D. (collectively "Defendants"), through counsel of record, Riley, Shane & Keller, P.A. (Mark J. Riley and D. Chet Alderete), state the following:

1. Pursuant to 28 U.S.C. §§ 1331, 1441, 1443, 1446, Defendants give Notice of Removal to this Court of all counts and claims asserted by Plaintiff in the civil action filed on February 11, 2019 in the Second Judicial District Court for the State of New Mexico, County of Bernalillo, Case No. D-202-CV-2019-01169, styled *Catherine Juarez v. The Board of Regents of the University of New Mexico et al*. As grounds for removal, Defendants state the following:

2.    The Complaint for Personal Injuries from Medical Negligence was filed in the Second Judicial District Court for the State of New Mexico, County of Bernalillo on February 11, 2019.

3.    The First Amended Complaint for Breach of Contract, Fraud, Personal Injuries from Medical Negligence, Intentional Infliction of Emotional Distress, Negligent Misrepresentations, Res Ipsa Loquitur, Violations of the New Mexico Unfair Practices Act and Violations of 42 U.S.C. § 1983 was filed with the Second Judicial District Court of New Mexico on May 10, 2019. A copy of the First Amended Complaint is attached as **Exhibit A**.

4.    This Notice of Removal is timely filed within thirty days of the filing of the First Amended Complaint. *See* 28 U.S.C. § 1446 (b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348 (1999) (holding that "a named defendant's time to remove is triggered by the simultaneous service of the summons and complaint . . . but not by mere receipt of the complaint unattended by any formal service.").

5.    The claims asserted against Defendants in this case are removable, and subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1331 which vests this Court with original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. A federal question is apparent on the face of the First Amended Complaint because Plaintiff asserted claims arising out of the Constitution and laws of the United States brought pursuant to 42 U.S.C. § 1983. *See* First Amended Complaint, Count 7 Violations of Catherine's Civil Rights under 42 U.S.C. § 1983 by Taylor and Beddow.

6.    There is an actual controversy between the parties.

7.    All Defendants are represented by the same counsel, Riley, Shane & Keller, P.A. (Mark J. Riley and D. Chet Alderete) and hereby unanimously consent to the removal of this

case to the United States District Court for the District of New Mexico. *See* Notice of Consent for Removal attached hereto.

8.  Defendants also attach a copy of the www.nmcourts.gov court docket as of June 6, 2019 pursuant to D.N.M.LR-Civ. 81.1(a). *See* **Exhibit B**.

9.  As required by D.N.M.LR-Civ. 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico, copies of all pleadings filed in the state court action are attached hereto as **Exhibit C**.

10.  Pursuant to 28 U.S.C. § 1446(d), written notice of removal was given to all adverse parties and a copy of this Notice of Removal was filed with the clerk of the Second Judicial District Court, County of Bernalillo, State of New Mexico.

11.  Defendants waive their Eleventh Amendment immunity.

WHEREFORE, the removing Defendants respectfully request that this Court remove this action from the Second Judicial District Court, County of Bernalillo, State of New Mexico, to the United States District Court for the District of New Mexico.

Respectfully submitted,

RILEY, SHANE & KELLER, P.A.

By: _____
MARK J. RILEY
DANIEL "CHET" ALDERETE
*Attorneys for Defendants*
3880 Osuna Rd., NE
Albuquerque, NM 87109
(505) 883-5030

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of June 2019, a copy of the foregoing was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lynn S. Sharp
Maria M. Siemel
**Sharp Law Firm**
P.O. Box 16270
Albuquerque, NM 87191
(505) 842-5050
LynnS@SharpAttorneys.com
Maria@SharpAttorneys.com

Luis B. Juarez
1822 Lomas Blvd NW
Albuquerque, NM 87104
(505) 429-4177
LBJuarez@CyberMesa.com

By:/s/
**MARK J. RILEY**
**DANIEL "CHET" ALDERETE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**CATHERINE JUAREZ,**

      **Plaintiff,**

                                            **No. 1:19-cv-521**

**THE BOARD OF REGENTS OF THE UNIVERSITY
OF NEW MEXICO and
UNIVERSITY OF NEW MEXICO HEALTH
SCIENCES CENTER, and
UNIVERSITY OF NEW MEXICO MEDICAL
GROUP, INC. and
MAXINE DORIN, M.D. and
BETSY TAYLOR, M.D. and
MEGHAN BEDDOW, M.D. and
JOHN AND JANE DOES 1-20**

      **Defendants.**

## NOTICE OF CONSENT FOR REMOVAL

Defendants University of New Mexico Medical Group, Inc. Maxine Dorin, M.D, Betsy

Taylor, M.D. and Meghan Beddow, M.D., by and through counsel of record Riley, Shane & Keller,

P.A. (Mark J. Riley and D. Chet Alderete), pursuant to 28 U.S.C.S. § 1446, hereby notifies this

Court that after consultation, each consent to the removal of the lawsuit entitled *Catherine Juarez*

*v. The Board of Regents of the University of New Mexico and University of New Mexico Health*

*Sciences Center, and University of New Mexico Medical Group, Inc. and Maxine Dorin, M.D. and*

*Betsy Taylor, M.D. and Meghan Beddow, M.D. and John and Jane Does 1-20*, Case No. D-202-

CV-2019-01169 from the Second Judicial District Court of Bernalillo County, New Mexico to the

United States District Court for the District of New Mexico as noted in the Notice of Removal

filed by Defendant Board of Regents of the University of New Mexico. The University of New

Mexico Health Sciences Center is not a separate legal entity but rather an organizational structure under the authority of the Board of Regents of the University of New Mexico.

Dated this day of June 6, 2019

RILEY, SHANE & KELLER, P.A.

By: _____
MARK J. RILEY
D. CHET ALDERETE
Counsel for Defendants
3880 Osuna Road NE
Albuquerque, NM 87109
Telephone: (505) 883-5030
E-mail: mriley@rsk-law.com
         calderete@rsk-law.com